1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS BEASLEY,

         Plaintiff,

  v.

COUNTY OF MONTEREY, SEASIDE POLICE DEPARTMENT,

         Defendant.

*E-FILED - 7/12/06*

CASE NO.: C-06-00199-RMW

**ORDER DISMISSING GARY E. MEYER**

    At the Case Management Conference on July 7, 2006, plaintiff requested that the action be dismissed against defendant Gary E. Meyer. No objection was made by counsel for defendant Meyer. The case will proceed against the Seaside Police Department. A separate Case Management Conference Order will be issued by the court setting forth the schedule set at the Conference.

DATED:    July 12, 2006

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING GARY E. MEYER
No.  C-06-00199-RMW
rmw:jc

1
2  Copy of Order E-Filed on 7/12/06:
3  Order Mailed to:
4
   **Curtis Beasley**
5  P.O. Box 492
   Seaside, CA 93955
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER DISMISSING GARY E. MEYER
No.  C-06-00199-RMW
rmw:jc