1
2
3  *E-filed on:*    10/20/06
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION
11

12 | CURTIS BEASLEY,                    | No. C-06-00199 RMW
13 |         Plaintiff,                  | ORDER REGARDING AMENDED COMPLAINT
14 |     v.                              |
15 | COUNTY OF MONTEREY SEASIDE POLICE DEPARTMENT, |
16 |         Defendant.                  |
17

18     The court's September 7, 2006 order granting defendant City of Seaside's motion to dismiss gave *pro se* plaintiff Curtis Beasley twenty days from the date of the order to amend his First Amended Complaint. Plaintiff has not done so and defendant has proposed that the action be dismissed and judgment be entered in favor of defendant.

    Plaintiff is hereby notified that absent an amended complaint filed by November 3, 2006, accompanied by a written declaration made under oath explaining good cause why an amended complaint was not timely filed before, this action will be dismissed.

DATED:    10/20/06                    *Ronald M. Whyte*
                                      RONALD M. WHYTE
                                      United States District Judge

ORDER REGARDING AMENDED COMPLAINT—C-06-00199 RMW
SPT

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Counsel for Plaintiff:**

Curtis Beasley
P.O. Box 492
Seaside, CA 93955

**Counsel for Defendants:**

Thomas E. Francis        tfrancis@bfka-law.com
Lee A. Wood              rnassar@leeawoodlaw.com;
                         ksmith@leeawoodlaw.com

Paul T. Hammerness       paul.hammerness@doj.ca.gov

Bill Lockyer
CA State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     10/20/06                          SPT
                                        **Chambers of Judge Whyte**